| PROB 12C (Rev. 08/18) | **AMENDED VIOLATION REPORT** <br> **PART 1: PETITION FOR WARRANT TO BELODGED AS A DETAINER** | **U. S. Probation Office** <br> Eastern District of Michigan | **PACTS** <br> 7793373 | **DATE** <br> 07/11/2025 |
|---|---|---|---|---|

| NAME <br> SHARP, Shelby L | OFFICER <br> Seth M. Martin | JUDGE <br> Shalina D. Kumar | DOCKET # <br> 21-CR-20672-01 |
|---|---|---|---|

| ORIGINAL SENTENCE DATE <br> 03/14/2023 <br><br> COMMENCED <br> 05/08/2023 <br><br> EXPIRATION <br> 05/07/2026 | SUPERVISION TYPE <br> Supervised Release | CRIMINAL HISTORY CATEGORY <br> II | TOTAL OFFENSE LEVEL <br> 23 | PHOTO <br>  |
|---|---|---|---|---|
| ASST. U.S. ATTORNEY <br> Blaine T. Longsworth | | DEFENSE ATTORNEY <br> To Be Determined | | |

**REPORT PURPOSE**

**TO ISSUE A WARRANT TO BE LODGED AS A DETAINER AS AN AMENDMENT TO THE SUMMONS ISSUES ON May 14, 2025**
**(Please note all updated information is underlined)**

**ORIGINAL OFFENSE**

Count 4: 21 U.S.C. § 841(a)(1), Possession with Intent to Distribute Methamphetamine

**SENTENCE DISPOSITION**

Custody of the Bureau of Prisons for a term of 12 months and 1 day, to be followed by a 3-year term of supervised release.

**ORIGINAL SPECIAL CONDITIONS**

1. You must submit your person, residence, office, vehicle(s), papers, business or place of employment, and any property under your control to a search. Such a search shall be conducted by a United States Probation Officer at a reasonable time and in a reasonable manner based upon a reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to such a search may be grounds for revocation; you must warn any residents that the premises may be subject to searches.
2. You must submit to substance abuse testing to determine if you have used a prohibited substance.
3. You must participate in a substance abuse treatment program and follow the rules and regulations of that program. The probation officer in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).
4. You must submit to a psychological/psychiatric evaluation as directed by the probation officer.
5. You must participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

| PROB 12C (Rev. 08/18) | **AMENDED VIOLATION REPORT PART 1: PETITION FOR WARRANT TO BELODGED AS A DETAINER** | U. S. Probation Office Eastern District of Michigan | PACTS 7793373 | DATE 07/11/2025 |
|---|---|---|---|---|
| **NAME** SHARP, Shelby L | | **OFFICER** Seth M. Martin | **JUDGE** Shalina D. Kumar | **DOCKET #** 21-CR-20672-01 |

Criminal Monetary Penalty: Special Assessment $100.00 (Paid)

The probation officer believes that the offender has violated the following conditions of Supervised Release:

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| 1 | **Violation of Mandatory Condition:** "YOU SHALL NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME."<br><br>On May 27, 2025, SHARP was arrested by deputies of the Gladwin County (Michigan) Sheriff's Department for Unlawfully Driving Away of an Automobile and Lying to a Peace Officer. On May 27, 2025, at approximately 7:04 a.m., a caller reported to Gladwin County dispatch that his purple Chevrolet Silverado was stolen from his driveway. The suspect was described as a younger individual wearing a hoodie. Deputies were dispatched to the area it was last seen and then received a report of a vehicle matching the description crashed into a ditch nearby. Deputies arrived at the location and found the stolen purple Chevrolet Silverado in the ditch. Inside of the vehicle were a pair of slide-on sandals. There was no one around the vehicle and the deputies began to canvas the area for the suspect. The deputies observed a tan, Pontiac Montana exiting a driveway near the crash. They believed that the suspect may have tried to steal another vehicle in the area. The tan Pontiac was traveling westbound, and deputies observed that the brake light was not working so they affected a traffic stop.<br><br>Contact was made with a white female driver who was wearing a black coat with a hood attached. She was informed of the reason for the traffic stop and asked if she knew anything about the Chevrolet in the ditch. She stated that she did see the vehicle in the ditch but denied knowing anything about it. Deputies knew the owner for the Pontiac due to having several prior police contacts with him. They asked the female driver if she was leaving, "Chuck's" house. She stated that she did. She identified herself as, "Ashley Nicole Huckins" (she spelled it out for the deputies), with a date of birth of September 23, 1997. Deputies had suspicion that she was lying about her name because of a prior contact with her and that she had no identification on her person. Dispatch ran the name and came back with an Ashley Nichole Huckins with a September 29, 1997, date of birth. The driver was asked to provide the spelling of her middle name again and she spelled it N-i-c-o-l-e. The driver was not wearing shoes or socks at the time of the traffic stop. Deputies contacted the owners of both the vehicles. The owner of Chevrolet confirmed that the vehicle in the ditch was his. The owner of the Pontiac with the female driver was contacted and he denied knowing Ashley Huckins and did not give permission to anyone to drive his vehicle which was returned to his residence. |

| PROB 12C (Rev. 08/18) | **AMENDED VIOLATION REPORT PART 1:  PETITION FOR WARRANT TO BELODGED AS A DETAINER** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 7793373 | **DATE** 07/11/2025 |
|---|---|---|---|---|
| **NAME** SHARP, Shelby L | | **OFFICER** Seth M. Martin | **JUDGE** Shalina D. Kumar | **DOCKET #** 21-CR-20672-01 |

|   |   |
|---|---|
|   | The female driver was questioned further by deputies.  She was mirandized and later identified herself as Shelby SHARP and admitted to stealing the Chevrolet Silverado.  She was placed under arrest without incident and transported to the Gladwin County jail.  She was arraigned on charges of Unlawfully Driving Away of an Automobile and Lying to a Peace Officer on May 28, 2025, and held on a $15, 000.00 bond.  SHARP remains in custody at this time.  On June 11, 2025, she case was bound over to the 55th Circuit Court, Gladwin, Michigan, Case Number 2025-12525-FH, and her next hearing is pending at this time. |
| 2 | **Violation of Mandatory Condition:** "YOU MUST REFRAIN FROM ANY UNLAWFUL USE OF A CONTROLLED SUBSTANCE. YOU MUST SUBMIT TO ONE DRUG TEST WITHIN 15 DAYS OF RELEASE FROM IMPRISONMENT AND AT LEAST TWO PERIODIC DRUG TESTS THEREAFTER, AS DETERMINED BY THE COURT."<br><br>As previously reported to the Court, SHARP submitted to urinalysis which was laboratory confirmed positive for THC, methamphetamine and amphetamine on January 15, 2025<br><br>On March 18, 2025, SHARP provided a urinalysis which was positive for methamphetamine, THC, amphetamine and MDMA.  She admitted to using methamphetamine and marijuana |
| 3 | **Violation of Standard Condition No. 5:** "YOU MUST LIVE AT A PLACE APPROVED BY THE PROBATION OFFICER. IF YOU PLAN TO CHANGE WHERE YOU LIVE OR ANYTHING ABOUT YOUR LIVING ARRANGEMENTS (SUCH AS THE PEOPLE YOU LIVE WITH), YOU MUST NOTIFY THE PROBATION OFFICER AT LEAST 10 DAYS BEFORE THE CHANGE. IF NOTIFYING THE PROBATION OFFICER IN ADVANCE IS NOT POSSIBLE DUE TO UNANTICIPATED CIRCUMSTANCES, YOU MUST NOTIFY THE PROBATION OFFICER WITHIN 72 HOURS OF BECOMING AWARE OF A CHANGE OR EXPECTED CHANGE."<br><br>On March 5, 2025, this officer was notified by a third party that SHARP was living a 5491 Knollwood Drive in Beaverton, Michigan.  This is not her reported residence. On March 13, 2025, she stated that she was living in Beaverton to a Gladwin Michigan County Sheriff Deputy.  SHARP reported that her primary residence was 285 Holly Lane, Van Buren Charter Township, Michigan, 48111, to the probation department.  The probation department never approved her to live in Beaverton, Michigan. |
| 4 | **Violation of Standard Condition No.6:** "YOU MUST ALLOW THE PROBATION OFFICER TO VISIT YOU AT ANY TIME AT YOUR HOME OR ELSEWHERE, AND YOU MUST PERMIT THE PROBATION OFFICER TO TAKE ANY ITEMS PROHIBITED BY THE CONDITIONS OF YOUR SUPERVISION THAT HE OR SHE OBSERVES IN PLAIN VIEW." |

| PROB 12C (Rev. 08/18) | **AMENDED VIOLATION REPORT PART 1: PETITION FOR WARRANT TO BELODGED AS A DETAINER** | **U. S. Probation Office** Eastern District of Michigan | PACTS 7793373 | DATE 07/11/2025 |
|---|---|---|---|---|
| **NAME** SHARP, Shelby L | | **OFFICER** Seth M. Martin | **JUDGE** Shalina D. Kumar | **DOCKET #** 21-CR-20672-01 |

On March 18, 2025, officers of the probation department conducted an unannounced contact at 5491 Knollwood Drive in Beaverton, Michigan. During an inspection of SHARP's bedroom, this officer seized a glass methamphetamine pipe which was in plain view on her nightstand. The pipe had been used. A marijuana wax vape pen was also in plain view on top of her dresser and was seized.

**5**  **Violation of Standard Condition No.7:** "YOU MUST WORK FULL TIME (AT LEAST 30 HOURS PER WEEK) AT A LAWFUL TYPE OF EMPLOYMENT, UNLESS THE PROBATION OFFICER EXCUSES YOU FROM DOING SO. IF YOU DO NOT HAVE FULL-TIME EMPLOYMENT YOU MUST TRY TO FIND FULL-TIME EMPLOYMENT, UNLESS THE PROBATION OFFICER EXCUSES YOU FROM DOING SO. IF YOU PLAN TO CHANGE WHERE YOU WORK OR ANYTHING ABOUT YOUR WORK (SUCH AS YOUR POSITION OR YOUR JOB RESPONSIBILITIES), YOU MUST NOTIFY THE PROBATION OFFICER AT LEAST 10 DAYS BEFORE THE CHANGE. IF NOTIFYING THE PROBATION OFFICER AT LEAST 10 DAYS IN ADVANCE IS NOT POSSIBLE DUE TO UNANTICIPATED CIRCUMSTANCES, YOU MUST NOTIFY THE PROBATION OFFICER WITHIN 72 HOURS OF BECOMING AWARE OF A CHANGE OR EXPECTED CHANGE."

On March 18, 2025, during an unannounced contact, SHARP admitted that she quit her job three weeks prior and failed to notify the probation officer.

**6**  **Violation of Standard Condition No. 9:** "IF YOU ARE ARRESTED OR QUESTIONED BY A LAW ENFORCEMENT OFFICER, YOU MUST NOTIFY THE PROBATION OFFICER WITHIN 72 HOURS."

SHARP failed to report being questioned by a Gladwin (Michigan) County Sheriff's Deputy within 72 hours. Two bags of her belongings, one of which contained her driver's license, were found in an individual's chicken coop. The sheriff's department was called on the report of a person in the chicken coop but upon arrival just the bags were recovered.

| PROB 12C (Rev. 08/18) | **AMENDED VIOLATION REPORT PART 1:  PETITION FOR WARRANT TO BE LODGED AS A DETAINER** | **U. S. Probation Office** Eastern District of Michigan | PACTS 7793373 | DATE 07/11/2025 |
|---|---|---|---|---|
| NAME SHARP, Shelby L | | OFFICER Seth M. Martin | JUDGE Shalina D. Kumar | DOCKET # 21-CR-20672-01 |

| I declare under penalty of perjury that the foregoing is true and correct. **PROBATION OFFICER** s/Seth M. Martin/lnb/slg/lnb 313 234-5456 | **DISTRIBUTION** Court |
|---|---|
| **SUPERVISING PROBATION OFFICER** s/Warren L. Henson 810-341-7861 | **PROBATION ROUTING** Data Entry |

**THE COURT ORDERS:**

[X]   The issuance of a warrant to be lodged as a detainer to amend the summons issued on May 14, 2025

[ ]   Other


                                                     s/Shalina D. Kumar
                                                     United States District Judge

                                                     7/11/2025
                                                     Date